# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

KARIEM A. WILSON

Defendant.

**CASE NUMBER   2:18-MJ-09144-ARM-1**

### JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, KARIEM A. WILSON, was represented by Kevin Carlucci, Assistant Federal Public Defender.

The defendant pleaded guilty to Possession of CDS on January 31, 2019.   Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Violation |
| --- | --- | --- | --- |
| 21 USC 844 | Possession of CDS | June 20, 2018 | 6599442 |

As pronounced on January 31, 2019, the defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must pay to the United States a special assessment of $25.00, which shall be due immediately.  Said special assessment shall be made payable to the Central Violations Bureau.

It is further ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

Signed this 31st day of January, 2019.

CERTIFIED TO BE A TRUE COPY

*[signature]*  
Anthony R. Mautone  
United States Magistrate Judge

*[signature]*  
Anthony R. Mautone  
United States Magistrate Judge

07103

Judgment - Page 2 of 2

Defendant: KARIEM A. WILSON
Case Number: 2:18-MJ-09144-ARM-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 15 Days.

The defendant shall report to the U.S. Marshals Service in Newark on February 20, 2019 for processing and commencement of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal